# TRACIE A. SUNDACK & ASSOCIATES, L.L.C.
## ATTORNEYS AT LAW

19 COURT STREET
THIRD FLOOR
WHITE PLAINS, NEW YORK 10601

TRACIE A. SUNDACK

JEFFREY R. POLLACK
ALBERT PIZZIRUSSO

WEB: SUNDACKLAW.COM

TEL: (914) 946-8100
(212) 267-8400
FAX: (914) 946-9585

November 5, 2007

Honorable Thomas P. Griesa
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:    Macias a/k/a Rodriguez v. City of New York
                 Index Number: 07-cv-3080 (TGP)

Dear Honorable Sir:

      As you are aware, I am an associate in the law office of Tracie A. Sundack & Associates, L.L.C., attorneys for the Plaintiff in the above-referenced matter. I am writing to the Court to request permission to amended Plaintiff's Summons and Complaint so as to substitute "Several Unidentified Police Officers" with the names of the specific individuals involved in the instant matter. Plaintiff does not seek to add any additional claims.

      Prior to making this request, I spoke to Jessica T. Cohen, Esq., Assistant Corporation Counsel and attorney for Defendant The City of New York and she has consented to my request.

      Therefore, Plaintiff respectfully requests thirty days to Amended Plaintiff's Summons and Complaint. Thank you for your consideration of this request.

                                          Respectfully submitted,

                                          Jeffrey R. Pollack (JP-7575)

cc: Jessica T. Cohen, Esq.