# TRACIE A. SUNDACK & ASSOCIATES, L.L.C.
## ATTORNEYS AT LAW

19 COURT STREET
THIRD FLOOR
WHITE PLAINS, NEW YORK 10601

TRACIE A. SUNDACK

JEFFREY R. POLLACK
ALBERT PIZZIRUSSO

WEB: SUNDACKLAW.COM

TEL: (914) 946-8100
(212) 267-8400
FAX: (914) 946-9585

June 12, 2008

Honorable Thomas P. Griesa
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   RE: Macias a/k/a Rodriguez v. City of New York, et al.
      Index Number: 07-cv-3080 (TPG)

Dear Honorable Sir:

  As you are aware, I am an associate in the law office of Tracie A. Sundack & Associates, L.L.C., the attorneys for the Plaintiff in the above referenced matter. I am writing to inform the Court that the parties have reached a settlement agreement. Defendant will prepare the papers to finalize the party's agreement. Once Plaintiff has signed the necessary papers, my office will then forward all papers to the Defendants so that they may then be forwarded to the Court for its endorsement.

  Accordingly, Plaintiff agrees that the above captioned action be, and hereby is, discontinued without costs to either party and without prejudice to the right to restore the action to the calendar if the settlement is not effectuated within thirty (30) days.

  Thank you for your attention to this matter.

                 Respectfully submitted,

                 Jeffrey R. Pollack (JP-7575)

cc: Jessica Cohen, Esq. (Via facsimile)
   Assistant Corporation Counsel